**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **THOMAS KERN and DEBRA KERN,** : | **CIVIL ACTION NO. 1:04-CV-2370** |
| **Plaintiffs** : | **(Judge Conner)** |
| v. : | |
| **NATIONAL R.V. INC., and** : | |
| **GRUMBINE'S R.V. CENTER,** : | |
| **Defendants** : | |

## **ORDER**

AND NOW, this 14th day of November, 2005, upon consideration of defendants' motions (Docs. 27, 29) in limine, and it appearing that jury selection in this case is scheduled to occur on December 5, 2005 (Doc. 15), it is hereby ORDERED that:

1. Plaintiff shall file, on or before November 21, 2005, briefs in response to the motions in limine. See L.R. 7.6

2. Defendants shall be permitted to file, on or before November 28, 2005, briefs in reply.

                                          S/ Christopher C. Conner
                                          CHRISTOPHER C. CONNER
                                          United States District Judge