**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **THOMAS KERN and DEBRA KERN,** | : | **CIVIL ACTION NO. 1:04-CV-2370** |
| | : | |
| **Plaintiffs** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **NATIONAL R.V. INC., and** | : | |
| **GRUMBINE'S R.V. CENTER,** | : | |
| | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 14th day of November, 2005, upon consideration of the order of court dated January 19, 2005 (Doc. 15), directing the parties in the above-captioned case to file pretrial memoranda at or before 12:00 p.m. on November 9, 2005, and it appearing that as of the date of this order plaintiffs have not filed a pretrial memorandum, it is hereby ORDERED that plaintiffs shall file with the court a pretrial memorandum at or before 5:00 p.m. on Tuesday, November 15, 2005.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge